**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

**MEMO ENDORSED.**

WRITER'S DIRECT DIAL NO.
**(212) 849-7035**

WRITER'S EMAIL ADDRESS
sophiehill@quinnemanuel.com

Application **GRANTED**.

**SO ORDERED.**

October 2, 2024

_____
Ona T. Wang          Oct. 3, 2024
U.S.M.J.

**VIA ECF**

Hon. Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, NY 10007

Re:   *Borjas v. N.Y.C. Dep't of Education* **(Case No. 23-CV-10829): Plaintiff's Unopposed Letter Motion for a One-Day Extension to File Her Second Amended Complaint**

Dear Judge Wang:

Plaintiff Stacy A. Borjas, through her undersigned *pro bono* counsel, respectfully requests that the Court extend the filing deadline for Plaintiff's forthcoming Second Amended Complaint ("SAC") from October 6, 2024, to October 7, 2024. Previously, counsel for Plaintiff inadvertently requested a filing deadline that falls on a Sunday—October 6, 2024[1]—and therefore seek a one-day extension so that the filing deadline falls on the next weekday: Monday, October 7, 2024.

Defendants consent to Plaintiff's request for a one-day extension. *See* relevant excerpt of October 2, 2024, email thread between Plaintiff and Defendants at Exhibit 1.

---

[1] By way of background, Plaintiff originally filed a Complaint on December 13, 2023 (ECF No. 1), followed by a (First) Amended Complaint on April 2, 2024 (ECF No. 10). Defendant New York City Department of Education subsequently requested an extension for its response, which the Court at the time set for September 23, 2024 (ECF No. 19). On August 15, 2024, Plaintiff filed an unopposed letter motion to set October 6, 2024, as the filing deadline for a SAC and November 22, 2024, as the deadline for Defendants' responses (ECF No. 31)—which the Court granted on August 20, 2024 (ECF No. 34). This is therefore Plaintiff's second request for an extension for the SAC (and third overall request for an extension of any kind in this matter).

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

2

Respectfully Submitted,

/s/ *Sophia Y. Hill*
Sophia Y. Hill


cc: All counsel of record (via ECF)