**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
STACY A. BORJAS,

               Plaintiff,                     23-CV-10829 (AT) (OTW)

               -against-                    **ORDER**

NEW YORK CITY DEPARTMENT OF EDUCATION
et al.,

               Defendants.
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

       The Court is in receipt of ECF Nos. 43, 44, and 45. Accordingly, it is hereby ordered:

- Defendants' response, if any, to Plaintiff's motion to redact the complaint is due **October 18, 2024**.

- There shall be no replies.

       **SO ORDERED.**

Dated: October 15, 2024
       New York, New York

                                                                   /s/ Ona T. Wang
                                                                     **Ona T. Wang**
                                                           United States Magistrate Judge