**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
STACY A. BORJAS,

              Plaintiff,                         23-CV-10829 (AT) (OTW)

       -against-                           **ORDER**

NEW YORK CITY DEPARTMENT OF EDUCATION
et al.,

              Defendants.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 59. Plaintiff's response to Defendants' out-of-court pre-motion letter, as referenced at ECF 59 at n.2, is due **December 9, 2024**.

SO ORDERED.

Dated: December 4, 2024                               */s/ Ona T. Wang*
New York, New York                                   **Ona T. Wang**
                                                         United States Magistrate Judge