**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
STACY A. BORJAS,                                  :
                                                                       :
               Plaintiff,                       :    23-CV-10829 (OTW)
                                                                       :
               -against-                       :    **ORDER**
                                                                       :
NEW YORK CITY DEPARTMENT OF EDUCATION :
et al.,                                                             :
                                                                       :
             Defendants.                   :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

An Initial Case Management Conference was held in this action on December 17, 2024.

As discussed at the conference:

- The parties will exchange initial disclosures pursuant to Rule 26(a)(1) by **January 17, 2025**.

- The parties will produce initial sets of relevant documents pursuant to Rule 26(a)(1) by **January 31, 2025**.

- Plaintiff will send her Proposed Third Amended Complaint to Defendants by **February 7, 2025**.

- Counsel will file a joint status letter on the docket by **February 14, 2025**, that (1) indicates whether Defendants consent to Plaintiff's filing of a Third Amended Complaint and (2) includes either a proposed briefing schedule for Plaintiff's motion to amend, or, in the alternative, a proposed answer date for Defendants.

- If Defendants consent to Plaintiff's filing of a Third Amended Complaint, the parties' February 14 letter should include a stipulation to that effect signed by all parties.

**SO ORDERED.**

Dated: December 18, 2024
New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge