**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
STACY A. BORJAS,

           Plaintiff,

        -against-

NEW YORK CITY DEPARTMENT OF EDUCATION et al.,

           Defendants.
------------------------------------------------------------x

23-CV-10829 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

A status conference in this matter was held on May 6, 2025. For the reasons discussed at the conference, it is **ORDERED** that:

- Further briefing on Defendants' motion to dismiss (ECF 90) is **STAYED**;

- The parties will engage in limited discovery in aid of settlement regarding internal communications amongst the individual Defendants concerning Plaintiff, with the time limitations discussed as the conference; and

- The parties will file a joint status letter by **Friday, July 11, 2025**, proposing next steps.

The Court will refer this matter to a different magistrate judge for settlement purposes by separate order. The Court's directive regarding limited discovery is without prejudice to further discovery as the judge overseeing settlement sees fit.

      **SO ORDERED.**

Dated: May 6, 2025
      New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge