UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACY A. BORJAS,<br><br>        Plaintiff,<br><br> -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>        Defendants. | 23-CV-10829 (OTW)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A settlement conference was scheduled for June 10, 2025**.** At the parties' request, it is now rescheduled to **Friday, July 18, 2025 at 2:00 p.m,** in Courtroom 9B at 500 Pearl Street, New York, NY. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **July 11, 2025, at 5:00 p.m**. Corporate parties must send the person with decision-making authority to settle the matter to the conference. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

  The Clerk of Court is respectfully requested to grant ECF 97.

DATED: May 19, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge