UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STACY A. BORJAS,<br><br>                Plaintiff,<br><br>          v.<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, JACQUELINE ROSADO, in her personal capacity, TIAWANA PEREZ, in her personal capacity, and VICTOR GARCIA, in his personal capacity,<br><br>                Defendants. | Case No.  23-CV-10829 (AT) (OTW)<br><br>~~Hon. Ona T. Wang~~<br><br>**[~~PROPOSED~~ STIPULATED]**<br>**FRE 502(d) ORDER** |

WHEREAS, the parties in the above-captioned matter have jointly stipulated to the entry of this order pursuant to Federal Rule of Evidence ("FRE") 502(d), and with the Court being fully advised as to the same, it is hereby ORDERED:

The production of attorney-client privileged or work-product protected documents, electronically stored information ("ESI"), or information—whether inadvertent or otherwise—is not a waiver of the privilege or protection from discovery or disclosure in this case or in any other federal or state proceeding.  This Order shall be interpreted to provide the maximum protection allowed by FRE 502(d) and supersedes FRE 502(b), which therefore does not apply.  Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

**IT IS SO ORDERED.**

Dated: ___December 1, 2025___

By: _____
Hon. Ona T. Wang
U.S.M.J.